JEANNETTE DEMUTH, Respondent, *v.* NEW YORK LIFE INSURANCE AND TRUST COMPANY, as Trustee, etc., Appellant, Impleaded with GEORGE KEMP.

JEANNETTE DEMUTH, Respondent, *v.* ARTHUR TRYON KEMP and Others, Appellants, Impleaded with GEORGE KEMP.

Appeals from orders of the Supreme Court, entered in the New York county clerk's office on the 31st day of August, 1914, granting motions to satisfy of record judgments in favor of defendants.

PER CURIAM: As the matters in controversy should await the determination of the action brought by the plaintiff in Kings county under section 1391 of the Code of Civil Procedure, the orders appealed from should be reversed, with ten dollars costs and disbursements, and the motions denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. In each case order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

MME. IRENE, Appellant, *v.* VULCAN METALS COMPANY, INC., Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 16th day of March, 1915, denying a motion for a temporary injunction.

PER CURIAM: Without expressing any opinion as to what relief, if any, the plaintiff would be entitled to on the trial of the action, we do not think a case is made out for a temporary injunction. The order appealed from is, therefore, affirmed, with ten dollars costs and disbursements. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order affirmed, with ten dollars costs and disbursements.

---

* *Thompson* v. *McLaughlin* (138 App. Div. 714). — [REP.